1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SANDRA JOHNSON and JEROME PRIMES**<br><br>Plaintiffs,<br><br>v.<br><br>**KEOLIS AMERICA**<br><br>Defendants. | Case No. 3:15-cv-03104<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE SCHEDULED CASE MANAGEMENT CONFERENCE AND FILING OF CASE MANAGEMENT STATEMENT**<br><br>**JUDGE: MARIA-ELENA JAMES COURTROOM B - 15TH FLOOR**<br><br>Dates: October 8, 2015 and October 1, 2015 respectively |

Having reviewed Plaintiffs' Administrative Motion for an Order to Continue the Initial Case

Management Conference and good cause appearing, the motion is granted and the Initial Case

Management Conference is rescheduled for ___December 10, 2015___ at ___10:00am___ in

___Ctrm B___. The Parties shall file the Joint Case Management Statement seven days prior to the

date of the Case Management Conference.

**IT IS SO ORDERED.**

Dated: September 29, 2015

_____

Maria-Elena James
Magistrate Judge

{00450227.DOC}                            1                        Case No. 3:15-cv-3104

[Proposed] Order Granting Plaintiffs' Administrative Motion to Continue Case Management Conference