UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA JOHNSON, et al.,<br>        Plaintiffs,<br>    v.<br>KEOLIS AMERICA,<br>        Defendant. | Case No.  15-cv-03104-MEJ<br><br>**ORDER VACATING CMC** |

This matter is currently scheduled for a Case Management Conference on February 11, 2016. However, as there is a pending Motion to Dismiss, the Case Management Conference and all related deadlines are VACATED. The conference will be rescheduled, if necessary, after any pending motions are resolved.

**IT IS SO ORDERED.**

Dated: January 20, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge